## Lilia R. Parker

| | |
|---|---|
| **From:** | EN Chief Officer Safety <EN_ChiefOfficerSafety@rccl.com> |
| **Sent:** | Sunday, May 9, 2021 5:31 PM |
| **To:** | Rafy Samra |
| **Subject:** | Fw: GUEST ACCIDENT - Riskonnect # 347424   - DISEMBARKED VIA AMBULANCE |

Please find correspondence regarding guest incident.


Kind regards,

**Niksa Posa**
Chief Officer Safety | Enchantment of the Seas
Dect: 8302 | Office: 4114
EN_ChiefOfficerSafety@rccl.com



----- Forwarded by EN Chief Officer Safety/EN/RCLShip on 05/09/2021 05:29 PM -----

From: EN Executive Housekeeper/EN/RCLShip
To: EN Chief Officer Safety/EN/RCLShip@RCLShip
Date: 05/09/2021 03:55 PM
Subject: Fw: GUEST ACCIDENT - Riskonnect # 347424   - DISEMBARKED VIA AMBULANCE

Good afternoon Chief,
Below is the only info and communication I got in the matter




*Warm Regards,*

*Curtis London*

*Executive Housekeeper | Enchantment of the Seas*
*Office ext. : 4227 / Dect Phone :8920*
*EN_executivehousekeeper@rccl.com*


----- Forwarded by EN Executive Housekeeper/EN/RCLShip on 05/09/2021 03:54 PM -----

From: EN Executive Housekeeper/EN/RCLShip
To: EN Assistant Facilities Cleaning Specialist/EN/RCLShip@RCLShip, EN Facilities Cleaning Specialist/EN/RCLShip@RCLShip
Date: 01/16/2020 11:07 PM
Subject: Fw: GUEST ACCIDENT - Riskonnect # 347424   - DISEMBARKED VIA AMBULANCE


Hi Ivo.

As discussed.

1

GR000065

Milovan please be there. Thanks

Best Regards,

Kelvin Alexander

Executive Housekeeper | Enchantment of the Seas
Office ext. : 4227 / Dect Phone :8202
EN_executivehousekeeper@rccl.com



----- Forwarded by EN Executive Housekeeper/EN/RCLShip on 01/16/2020 09:06 PM -----

From: EN Executive Housekeeper/EN/RCLShip
To: EN Hotel Director/EN/RCLShip@RCLShip
Date: 01/16/2020 09:05 PM
Subject: Re: Fw: GUEST ACCIDENT - Riskonnect # 347424   - DISEMBARKED VIA AMBULANCE

Hello Francois

Absolutely, as soon as I saw the report arrangement already to meet with all the Pool Attd ( PAA ) at the pool at 17:00 tomorrow evening and set the tone and expectation to everyone working in the pool deck, also this will be the highlight every morning during the briefing in additional, this will be address to the rest of the PAA this voyage ensuring all are in the same vision for our upcoming rotation at the end of next month.

Thanks Francois and indeed I am on top of this.

Best Regards,

Kelvin Alexander

Executive Housekeeper | Enchantment of the Seas
Office ext. : 4227 / Dect Phone :8202
EN_executivehousekeeper@rccl.com



EN Hotel Director---01/16/2020 08:04:50 PM---Hi Kelvin!  Would you please stress to the PA Team the importance to squeegee regularly and keep the

From: EN Hotel Director/EN/RCLShip
To: EN Executive Housekeeper/EN/RCLShip@RCLShip
Date: 01/16/2020 08:04 PM
Subject: Fw: GUEST ACCIDENT - Riskonnect # 347424   - DISEMBARKED VIA AMBULANCE

GR000066

Hi Kelvin!  Would you please stress to the PA Team the importance to squeegee regularly and keep the deck dry.


Thank you.

Regards,
François Chevalier
Hotel Director | Enchantment of the Seas
Office: 4200 | Dect: 8220
email: en_hoteldirector@rccl.com



----- Forwarded by EN Hotel Director/EN/RCLShip on 01/16/2020 08:03 PM -----

From: EN Nurse/EN/RCLShip
To: EN Chief Officer Safety/EN/RCLShip@RCLShip, EN Guest Services Manager/EN/RCLShip@RCLShip, EN Front Desk Manager/EN/RCLShip@RCLShip, EN Executive Housekeeper/EN/RCLShip@RCLShip, EN Hotel Administrative Assistant/EN/RCLShip@RCLShip
Cc: EN Hotel Director/EN/RCLShip@RCLShip, EN Chief Security Officer/EN/RCLShip@RCLShip, EN Shore Excursions Manager/EN/RCLShip@RCLShip, EN Guest Departure Officer/EN/RCLShip@RCLShip, EN Guest Administration Officer/EN/RCLShip@RCLShip, EN Deputy Security Officer/EN/RCLShip@RCLShip, EN Group Coordinator/EN/RCLShip@RCLShip, EN Guest Services Officer 01/EN/RCLShip@RCLShip, EN Guest Services Officer 02/EN/RCLShip@RCLShip, EN Guest Services Officer 03/EN/RCLShip@RCLShip, EN Guest Services Officer 04/EN/RCLShip@RCLShip, EN Guest Services Officer 05/EN/RCLShip@RCLShip, EN Guest Services Officer 06/EN/RCLShip@RCLShip, EN Guest Services Officer 07/EN/RCLShip@RCLShip, EN Guest Security Supervisor/EN/RCLShip@RCLShip, EN F&B Director/EN/RCLShip@RCLShip, EN F&B Administrative Assistant/EN/RCLShip@RCLShip
Date: 01/16/2020 04:04 PM
Subject: GUEST ACCIDENT - Riskonnect # 347424   - DISEMBARKED VIA AMBULANCE


Good  day,

Please be informed about the RISKONNECT report that has been entered today:

GAO - Was down at MF and was informed of guest situation.



**PELL, JENNIFER (68)**

| | |
|---|---|
| Passenger Id | 289361319 |
| Booking Refere... | N/A |
| Folio | 9841000187851200 |
| Cabin | 4540 |

**DATE, TIME OF INCIDENT:** 01/16/2020 @ 1400h

**LOCATION OF INCIDENT:** FORWARD POOL AREA

**BRIEF SUMMARY OF GUEST'S STATEMENT:**  GUEST STATEMENT " JENNIFER SLIPED IN WATER IN THE DECK IN POOL AREA"


**REQUESTS OR DEMANDS, OR ANY UNUSUAL DEMEANOR:** NONE

3

GR000067

Best regards,

Rosefel Alquillera
Nurse | Medical Division
Enchantment of the Seas
Office Phone: 51/3991 | Email: en_nurse@rccl.com



CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.

GR000068