

## GERSON & SCHWARTZ, P.A.

April 3, 2020

**<u>Sent via Email & Regular Mail</u>**
Royal Caribbean Cruises, LTD
1050 Caribbean Way
Miami, FL  33132
ATTN:  Risk Management Dept.

RE:    Our Client: Jennifer Pell
         Vessel: Enchantment of the Sea
         Date of Loss: January 16, 2020
         Location of Incident: Deck 9 / Outside Wind Jammer Café by Lounge Chairs / Pool

Dear Sir/Madam:

Please be advised that the undersigned represents Jennifer Pell in connection with a fall incident that occurred on the Enchantment of the Sea vessel referenced on the date and time above.  This letter shall serve to inform you that all surveillance video and/or closed circuit television of the subject incident of our client and the general area referenced above between the hours of  9 a.m. and 1 p.m. along with all other records, documents, and other potential evidence in connection with this incident is preserved.

By this letter you are being advised that all video footage and other evidence requested may be an important piece of evidence and may be used in litigation in the future.  Accordingly, same cannot be disposed of, altered or destroyed.  Any action on your part that violates this request for the preservation of this evidence may constitute an obstruction of justice and may subject you to additional legal relief for a spoliation of evidence claim. Request is made for a copy of all video footage referenced herein within thirty (30) days of receipt of this letter.

Your anticipated cooperation is appreciated.

Very truly yours,

/s/ *Nicholas I. Gerson*

NICHOLAS I. GERSON

NIG/tc