## Edward Schwartz

**From:** Nick Gerson
**Sent:** Tuesday, August 10, 2021 3:59 PM
**To:** Carla Benedi
**Subject:** FW: Pell, Jennifer vs. Royal Caribbean: Pell v. RCCL Amended Notice of Taking Deposition and Preservation of Evidence
**Attachments:** Notice of Taking Deposition Corp Rep(2).pdf

Nicholas I. Gerson
Gerson and Schwartz, PA
1980 Coral Way
Miami, FL 33145
Email: Ngerson@gslawusa.com
Phone (305) 371-6000
Direct (786) 579-0537
Fax (305) 371-5749
Toll Free (877) 475-2905
www.InjuryAttorneyFla.com

**From:** Nick Gerson
**Sent:** Thursday, August 5, 2021 6:07 PM
**To:** Michael Drahos <Michael.Drahos@gray-robinson.com>
**Cc:** Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Philip Gerson <pgerson@gslawusa.com>
**Subject:** Pell v. RCCL Amended Notice of Taking Deposition and Preservation of Evidence

Mike,

I called and left a message for you earlier for a discovery hearing in Pell. I would also like to know if we can reach an agreement on some of the outstanding issues.
I emailed you days ago but did not receive a response. I have not heard back from you. Attached please find Plaintiff's amended notice of taking deposition which was set by agreement for August 26th.

In addition, we were unaware that the vessel was going to be sent to Spain from its current location in St. Martin. You only informed me of these details this week.

You also mentioned that hat once the vessel arrives in Cadiz, Spain that the vessel it will be placed in wet dock (interpreted as in port) and then sent to dry dock for an unknown period of time.
Presumably, various repairs, changes and refurbishing of relevant area on the vessel may take place. Please confirm for how long the vessel will remain in "wet dock" and date time and location once it is placed in dry dock.

Also, please confirm with your client whether or not the floor surface used on the pool deck and in the general area where Plaintiff was injured on the vessel is not being changed in any when the vessel goes into dry dock in Spain.

1

**Accordingly, this shall serve as our request that the floor surface used in the area where Plaintiff was injured is preserved and is not changed in anyway until our inspection completed.**
Kindly forward a copy of this email to you client.

Finally, request is made for dates of availability for a vessel inspection and all details so that necessary logistics are understood and necessary arrangements can be made.

Nicholas I. Gerson
Gerson and Schwartz, PA
1980 Coral Way
Miami, FL 33145
Email: Ngerson@gslawusa.com
Phone (305) 371-6000
Direct (786) 579-0537
Fax (305) 371-5749
Toll Free (877) 475-2905
www.InjuryAttorneyFla.com