## Edward Schwartz

| | |
|---|---|
| **From:** | Nicholas Gerson |
| **Sent:** | Wednesday, October 20, 2021 1:37 PM |
| **To:** | Cooper Jarnagin |
| **Cc:** | Michael Drahos; Philip M. Gerson (pgerson@gslawusa.com); Carla Benedi |
| **Subject:** | Pell, Jennifer vs. Royal Caribbean: Pell v. RCCL (Vessel Inspection) |

Cooper,

As discussed, this shall confirm our request for a vessel inspection. Plaintiff requests access to the CCTV camera room and to inspect the actual camera depicited with the missing video footage (identified as camera 95) and the other cctv camera from across the pool.

In additon, we also will be testing of the floor surface. Please discuss with our request and let us know your position so that we can address the matter with the court if necessary.

Nicholas I. Gerson
Gerson and Schwartz, PA
1980 Coral Way
Miami, FL 33145
Email: Ngerson@gslawusa.com
Phone (305) 371-6000
Direct (786) 579-0537
Fax (305) 371-5749
Toll Free (877) 475-2905
www.InjuryAttorneyFla.com

1