# Enchantment of the Seas

Future teak repairs

01.10.2021



GR001957



Approximate location of P's fall

## Deck 9 pool deck

## Air Bubbels view from aft

GR001958





Air Bubbles view from fwd



Swelling

GR001959



Damage around pillar and crack



Air bubbels

GR001960



Crack

GR001961