

EXHIBIT