

Case 1:20-cv-25271-JB Document 49-8 Entered on FLSD Docket 04/12/2022 Page 1 of 3

EXHIBIT

7-1



