# RESPONSE TO REQUEST FOR PRODUCTION #68

GR001380

A2L75   # 266115



FORM #1 *Guest*

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship and Voyage No___En  394

| The following is to be filled by the guest in his or her handwriting |

Last Name__Allen_____  First Name_Corinne_____

Cabin No._404 6_ Nationality_USA____  Date of Birth_12/3/46_ Age_68_

Height_5'7_ Weight_145___ Sex_F._____  Marital Status _W_____

Occupation _Retired_____  Country of Residence_USA_____

Home Address __2600 A  E.  Deltax  Way  11/___ City_Post Falls  ID

State_ID___ Zip Code 83854____  Home Phone_714 904-6014 Work Phone_____

E-mail_naturalr o gmail.com_What type of shoes were you wearing?_Sandles_____

Do you wear contacts or glasses?  (Yes) No     If so, were you wearing them at the time of injury   (Yes) No

Traveling With?_friends___ Emergency Contact/Phone_714 745 8604_____

First Reported To_desk /attendant__ _at desk_ Reported Date_6/2____ Date of Incident_6/26 Mon.

Time of Incident _pm____ AM/PM Date reported_6  28 /____  Time reported_4'30__ AM/PM

If not reported immediately, please explain why_we had so many meetings apps w
our group I didnt have time to get it don
cause we didnt want to miss anything on this trip

Were you injured as a result of the incident?  (Yes) No

If so, please describe your injury._Rt leg pulled ligament, muscle badly
Cannot use leg going up stairs - or steps than a few inch
had to life leg with my hands, neck twisted -hurts -- lower back pain

Who witnessed, was with you, or nearby at the time of the incident?_Alan Noelle, Amber, All
Jasmine Fry, Misi Reed,

Please state what you were doing at the time of the incident._Walking from spa - through
pool area, pool water wate left unobten did - large pool
& no caution- on deck near it. Had not previously
experienced deck as slippery -

FORM #1 *Guest*

ROYAL CARIBBEAN CRUISES LTD.

Please state in detail what happened

Walking alarium to windjammer direction w/o warning my rt foot/slipped out from under me and my rt thigh flew out hitting my knee & bruises it but pulling it so far out from my body & twisting me in the fall — that I surely pulled a muscle ligament so I could bb't lift it more than 2-3" off ground

— Went to accupuncture — immediately to stop severe pain & disability —

Please state in detail the exact location of the incident, whether on board or ashore.

on side (starboard) of ship along walkway beside main pool after towel bin —

What do you believe caused this incident? negligence of ship to put cones/signs on walking path of water puddle —

What could you (or anyone else) have done to avoid the incident/injury? — been aware that ship doesn't wipe up water spills and the deck is very slippery

| | | |
|---|---|---|
| Corinne Allen | 6/28/17 | |
| Signature of Injured Person | Date | Signature of Parent/Guardian |
| Elarda Grobler RN | 6/28/17 | Nurse    L691988 |
| Signature of Witness | Date | Position    ID# |

FORM #1 *Guest*

**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

*Ship and Voyage No* _____

| The following is to be filled by the guest in his or her handwriting |
|---|

Last Name ALLINGHAM     First Name MAUREEN

Cabin No. 2733 Nationality AUSTRALIA Date of Birth 17/9/44 Age 72

Height _____ Weight _____ Sex F     Marital Status MARRIED

Occupation RETIRED     Country of Residence AUSTRALIA

Home Address 45 BELGRAVIA TERRACE     City ROCKINGHAM

State WA   Zip Code 6168   Home Phone 08 95275698 Work Phone _____

E-mail _____     What type of shoes were you wearing? SAND SHOES

Do you wear contacts or glasses?  Yes / No   If so, were you wearing them at the time of injury   Yes / No

Traveling With? HUSBAND   Emergency Contact/Phone _____

First Reported To POOL STAFF     Reported Date 28/2/17 Date of Incident 26/2/17

Time of Incident 1430 AM/PM  Date reported 26/2/17  Time reported 1430 AM/PM

If not reported immediately, please explain why _____

Were you injured as a result of the incident?  ( Yes )  No

If so, please describe your injury. UPPER BACK & LEFT WRIST

Who witnessed, was with you, or nearby at the time of the incident? _____
DAVID ALLINGHAM

Please state what you were doing at the time of the incident. WALKING ON
DECK ( RAINING AT TIME )
SLIPPED ON WET PATCH

Page 1 of 2
May 2016

GR001383

FORM #1 *Guest*                  ROYAL CARIBBEAN CRUISES LTD.

Please state in detail what happened ___RAIN STARTED TO FALL AND MAUREEN WAS WALKING TOWARD SLIDING DOOR, WHEN SHE SLIPPED ON A WET PATCH FALLING HEAVILY ON REAR + BACK.

Please state in detail the exact location of the incident, whether on board or ashore. ___DECK 9 STARBOARD SIDE OF OUTSIDE POOL

What do you believe caused this incident? ___SLIPPERY DECK DUE TO RAIN

What could you (or anyone else) have done to avoid the incident/injury? ___NO. RAIN HAD ONLY JUST STARTED TO FALL.

| | | | |
|---|---|---|---|
| _(signature)_ | 2/28/17 | _(signature)_ | |
| Signature of Injured Person | Date | Signature of Parent/Guardian | |
| _(signature)_ | | | |
| Signature of Witness | Date | Position | ID# |

Page 2 of 2
May 2016

GR001384

FORM # 1 (GUEST)



·ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: Vision of Sea

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Allaver | First Name: Janet |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 1015 S. Shelly | |
|---|---|
| City: Peoria | Country: IL |
| Phone Number: (309) 989-0159 | Cabin Number: 8077 |
| Nationality: American | Date of Birth (MMDDYYYY): 8/30/1962 |

| Gender: ☐ Male ☒ Female | Height: 4'11" | Weight: 86 | Marital Status: Single |
|---|---|---|---|

| Email: |
|---|

| Name of Person Traveling With: Dinna L. France - / Inchie Mabae Hill |
|---|

| Date of Incident: 3/1/2018 | Time of Incident (HHMM): 2-3 pm | Date First Reported: 3/1/2018 / ~ 3/2/2018 |
|---|---|---|

| Detailed Location Where Incident Occurred: Pool Deck. | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: _ | Date (MMDDYYYY): 3/2/2018 Time (HHMM): 0928 |
| Date Medical Facility Visited (MMDDYYYY): 3/2/2018 | Time Medical Facility Visited (HHMM): 3/2/2018 0928 |

If Not Reported Immediately, Please Explain Why:

- was not certain if it needed to be reported

List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001385

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

**Describe In _Detail_ How the Incident Happened**

- was at Pool sid, moving Deeh consin
Tripped oag Deck # Chain

**What do you believe caused this incident?**

- ?

**What could you (or anyone else) have done to avoid this incident?**

. ?

_I certify that the above statement is true and correct._

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| _Xganret aluny_ | |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

GR001386

Resurrect # 290 808

**FORM # 1 (GUEST)**

☩
ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _En 478_

Dr E Perez-Oliva

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Anderson | First Name: Janice |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: 37 Colonial Circle | |
| City: Cartersville | Country: USA |
| Phone Number: 678-858-0815 | Cabin Number: 2921 |
| Nationality: | Date of Birth (MMDDYYYY): 10/14/1969 |
| Gender: ☐ Male ☑ Female  Height: 5'1"  Weight: 275 | Marital Status: m |
| Email: Jba10142@gmail.com | |
| Name of Person Traveling With: Harold Anderson Jr. | |

| Date of Incident: 3/4/18 | Time of Incident (HHMM): 4:45 | Date First Reported: 5/4/18 |
|---|---|---|
| Detailed Location Where Incident Occurred: Going into | | Onboard: ☑  Ashore: ☐ |
| First Reported to Name: Dela Cruz Aldrin | | Date (MMDDYYYY): 3/4/18  Time (HHMM): 4:50 |
| Date Medical Facility Visited (MMDDYYYY): 5/4/10 | | Time Medical Facility Visited (HHMM): 5:00 |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Harold Anderson Jr (Guest) | Contact Information: 678-858-1367 (Error) |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001387

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

### Describe In <u>Detail</u> How the Incident Happened

Walking to wind jammer Cafe from pool
in between bar /kitchen / Food Buffet (mexican)
Water was on the floor and I slipped &
fell on my right knee

### What do you believe caused this incident?

Water on floor

### What could you (or anyone else) have done to avoid this incident?

Looked down / Water clean up

---

*I certify that the above statement is true and correct.*

| Guest Signature: _Janice Anderson_ | Date (MMDDYYYY): 3/4/18 |
|---|---|
| **If Injured Person Is Unable Sign, Please Print Name of Person Completing Form:** | **Cabin Number:** |

Page 2 of 2
Revision Date:  July 2017

GR001388

Bertha
Ashin

**FORM # 1 (GUEST)**


ROYAL CARIBBEAN CRUISES LTD.

R no.- 347055

**GUEST INJURY STATEMENT**

Ship Name: Vision of the Seas

The following is to be filled by the guest in his or her handwriting

| Last Name: ASHDOWN | First Name: DEBBIE |
|---|---|
| Booking Number: 9076246 | Folio Number: 13384088 |
| Home Address: COCWOOD  GRESSING  ESSEX | |
| City: BRAINTREE | Country: ENGLAND |
| Phone Number: 01376827273 | Cabin Number: 3138 |
| Nationality: BRITISH | Date of Birth (MMDDYYYY): 11/2/1969 |
| Gender: ☐ Male  ☑ Female | Height: 5,6 | Weight: | Marital Status: YES |
| Email: DEBBIE ASH 69 @ GoogleMail . com | | | |
| Name of Person Traveling With: MARK  ASHDOWN | | | |

| Date of Incident: 12/1/2020 | Time of Incident (HHMM): 12.00 | Date First Reported: 12/1/2020 |
|---|---|---|
| Detailed Location Where Incident Occurred: POOL | | Onboard: ☑   Ashore: ☐ |
| First Reported to Name: BERTHA | Date (MMDDYYYY): 01/12/2020  Time (HHMM): 12-15 |
| Date Medical Facility Visited (MMDDYYYY): 01/12/2020 | Time Medical Facility Visited (HHMM): 12-20. |
| If Not Reported Immediately, Please Explain Why: | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: M. ASHDOWN  GUEST | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001389

**FORM # 1 (GUEST)**

 **ROYAL CARIBBEAN CRUISES LTD.**

## Describe In <u>Detail</u> How the Incident Happened

STARTED TO RAIN HEAVY SLIPPED ON WET DECK HIT SIDE ON SUN LOUNGER

## What do you believe caused this Incident?

WET DECK

## What could you (or anyone else) have done to avoid this incident?

NOTHING

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

GR001390



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Jrandeur_

*The following is to be filled by the guest in his or her handwriting .*

| Last Name: Bailey | First Name: Dora |
|---|---|
| Booking Number: | Folio Number: 9750760S |

| Home Address: 11928 UNIT A |  |
|---|---|
| City: North Potomac, MD | Country: US |
| Phone Number: 301-963-4742 | Cabin Number: 4063 |
| Nationality: Italian | Date of Birth (MMDDYYYY): 08/11/33 |

| Gender: ☐ Male  ☒ Female | Height: 5'2" | Weight: 126 | Marital Status: married |
|---|---|---|---|

| Email: |
|---|

| Name of Person Traveling With: Ted McIntosh |
|---|

| Date of Incident: 27 Nov 19 | Time of Incident (HHMM): 1400 | Date First Reported: 27 Nov 19 |
|---|---|---|

| Detailed Location Where Incident Occurred: 9th deck outdoors | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: Medical #43639 | Date (MMDDYYYY): 27 Nov 19  Time (HHMM): a little after 1400 |
| Date Medical Facility Visited (MMDDYYYY): 27 Nov 19 | Time Medical Facility Visited (HHMM): 1400 |

| If Not Reported Immediately, Please Explain Why: |
|---|
|  |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: no one | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date:  July 2017

GR001391



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

I was walking on the 9th deck in flip flops.
My ankle rolled, my knee hit the deck, then my
arm hit it, then my side - all the left side

**What do you believe caused this incident?**

My ankle rolled

**What could you (or anyone else) have done to avoid this incident?**

Nothing

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| *Dona Bailey* | 27 Nov 19 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

GR001392

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

Ship Name:_____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Dalter | First Name: Arlene |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 7079 SummerTree Drive |  |
|---|---|
| City: Boynton Beach | Country: Florida |
| Phone Number: 736-3740 (561) | Cabin Number: 2596 |
| Nationality: | Date of Birth (MMDDYYYY): 6 6|7|40 |

| Gender: ☐ Male ☒ Female | Height: 5'4 | Weight: 116 | Marital Status: Widowed |
|---|---|---|---|

| Email: |
|---|

| Name of Person Traveling With: Harriet Kluender |
|---|

| Date of Incident: 10|21|17 | Time of Incident (HHMM): 1 PM | Date First Reported: 10|21|17 |
|---|---|---|

| Detailed Location Where Incident Occurred: By the Pool (Outside | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: Life Guard | Date (MMDDYYYY): 10|21|17  Time (HHMM): 1 PM |
| Date Medical Facility Visited (MMDDYYYY): 10|21|17 | Time Medical Facility Visited (HHMM): 105 PM |

| If Not Reported Immediately, Please Explain Why: |
|---|

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Harriet Kluender | Contact Information: (631-220-5592 |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## Describe In <u>Detail</u> How the Incident Happened

I was looking for a lounge Chair - very crowded - Chairs butting up against each other - so scattered all around the walking area - not really very safe as you cannot see the legs of the chair when it is so crowded I tripped over the leg of one of the chairs

## What do you believe caused this incident?

The chair was butting out - floor was very crowded absolutely no walking room

## What could you (or anyone else) have done to avoid this incident?

NOTHING unless I rearranged the chairs that people put wherever they find an opening

*I certify that the above statement is true and correct.*

| Guest Signature:<br>Arlene Battey | Date (MMDDYYYY):<br>10/21/17 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number:<br>2596 |

Page 2 of 2
Revision Date: July 2017

GR001394

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

Ship Name: _Enchantment of the Seas_

*The following is to be filled by the guest in his or her handwriting*

| | |
|---|---|
| **Last Name:** BARBERA | **First Name:** Kimberly |
| **Booking Number:** | **Folio Number:** 16829993 |
| **Home Address:** 189 Pinehurst Pointe Dr | |
| **City:** St Augustine | **Country:** USA |
| **Phone Number:** 904 434-8400 | **Cabin Number:** 7080 |
| **Nationality:** | **Date of Birth (MMDDYYYY):** 3/2/1968 |
| **Gender:** ☐ Male ☒ Female  **Height:** 5'2'  **Weight:** 175 | **Marital Status:** Married |
| **Email:** Kbarbera3268@gmail.com | |
| **Name of Person Traveling With:** Michael Barbera | |

| | | |
|---|---|---|
| **Date of Incident:** 8/29/2018 | **Time of Incident (HHMM):** 11:00 pm | **Date First Reported:** 8/29/18 |
| **Detailed Location Where Incident Occurred:** Pool Deck | **Onboard:** ☒  **Ashore:** ☐ | |
| **First Reported to Name:** RAMON | **Date (MMDDYYYY):** 8/29/18  **Time (HHMM):** 11:00pm | |
| **Date Medical Facility Visited (MMDDYYYY):** 8/29/2018 | **Time Medical Facility Visited (HHMM):** 11:15PM | |
| **If Not Reported Immediately, Please Explain Why:** | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| | |
|---|---|
| **Name:** Michael Barbera | **Contact Information:** See above |
| **Name:** | **Contact Information:** |
| **Name:** | **Contact Information:** |

Page 1 of 2
Revision Date:  July 2017

GR001395

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## Describe In __Detail__ How the Incident Happened

> DANCING at Pool Porty and slipped on
> wet Deck

## What do you believe caused this incident?

> Wet DeCK

## What could you (or anyone else) have done to avoid this incident?

> Either dry pool deck or move event

_I certify that the above statement is true and correct._

| Guest Signature: | Date (MMDDYYYY): 8 29 2018 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 7080 |

Page 2 of 2
Revision Date: July 2017

GR001396

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

**# 317803**

## GUEST INJURY STATEMENT

Ship Name: _RHaPSody_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Basile | First Name: NicholAs |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 93YY Villa EnTRaৡA |  |
|---|---|

| City: New Part Richey, FI 34655 | Country: USA |
|---|---|
| Phone Number: 727 236 8605 | Cabin Number: Yo3.6 |
| Nationality: USA | Date of Birth (MMDDYYYY): 12-7-38 |

| Gender: ☒ Male ☐ Female | Height: 5'7 | Weight: 183 | Marital Status: Single |
|---|---|---|---|

| Email: NBA1Y36 @ YAhoo, com |
|---|
| Name of Person Traveling With: Lenore Borruso |

| Date of Incident: 3-07-19 | Time of Incident (HHMM): 140 Pm | Date First Reported: 3-07-19 |
|---|---|---|

| Detailed Location Where Incident Occurred: Pool | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: YuliiA PRYNAK | Date (MMDDYYYY): 3/07/2019 <br> Time (HHMM): 13:37 |
| Date Medical Facility Visited (MMDDYYYY): 3-07-19 | Time Medical Facility Visited (HHMM): Immediately |
| If Not Reported Immediately, Please Explain Why: — N/A | |

### List all Witnesses (Indicate whether Guest or Crew)

| Name: Gerome / Life guard | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## Describe In __Detail__ How the Incident Happened

Walking on Deck, There was a puddle
That I didn't see, I slipped &
Fell. I hurt my hip & hit my head.
Went To Hospital Immediately.

## What do you believe caused this incident?

Neglect in ~~use~~ Keeping AREA dRy.

## What could you (or anyone else) have done to avoid this incident?

Keep pool deck dry.

I certify that the above statement is true and correct.

| Guest Signature: | Date (MMDDYYYY): 3/7/2019 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

GR001398

FORM # 1 (GUEST)                                        *RK # 300165*

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: *Eenchantment of the Sea*

*The following is to be filled by the guest in his or her handwriting*

| Last Name: BEACH | First Name: BRENDA |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 4924 POND SHoals Ct # 102 | |
|---|---|
| City: Myrtle Beach, SC | Country: USA |
| Phone Number: 214-604-8137 | Cabin Number: 3126 |
| Nationality: BLAcH | Date of Birth (MMDDYYYY): 07/27/1953 |

| Gender: ☐ Male  ☑ Female | Height: 5'2" | Weight: 187 | Marital Status: Single |
|---|---|---|---|

Email: BRENDA.BEACH@ yahoo.Com

Name of Person Traveling With: Esther Rosen

| Date of Incident: 8/26/2018 | Time of Incident (HHMM): 1:PM | Date First Reported: 8/26/2018 |
|---|---|---|

| Detailed Location Where Incident Occurred: Windjammer Pool Deck | Onboard: ☑   Ashore: ☐ |
|---|---|
| First Reported to Name: | Date (MMDDYYYY): 8/26/2018  Time (HHMM): 1 PM |
| Date Medical Facility Visited (MMDDYYYY): 08/26/2018 | Time Medical Facility Visited (HHMM): 1:10 PM |

If Not Reported Immediately, Please Explain Why:

### List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001399



**FORM #1 (GUEST)**                ROYAL CARIBBEAN CRUISES LTD.

### Describe In <u>Detail</u> How the Incident Happened

*I Slipped and fell. by the pool on Windjammer Pool Deck.*
*Knee (left) Went behind me and I Could not get up.*

### What do you believe caused this incident?

*Water*

### What could you (or anyone else) have done to avoid this incident?

*Water should have been Wiped up as soon as possible*

---

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| *Brenda Beach* | 08/26/2018 |
| **If Injured Person Is Unable Sign, Please Print Name of Person Completing Form:** | **Cabin Number:** |
| | 3/26/2018, |

Page 2 of 2
Revision Date: July 2017

GR001400

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

*RKH 345 869*

## GUEST INJURY STATEMENT

Ship Name: *EN ♂. Youssef*

*The following is to be filled by the guest in his or her handwriting*

| Last Name: BECKETT | First Name: JOYCE |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 14 HOLLAND COURT, CRAWFORD VILLAGE |
|---|

| City: UPHOLLAND | Country: UK. |
|---|---|
| Phone Number: 07519 878757 | Cabin Number: 3133 |
| Nationality: BRITISH | Date of Birth (MMDDYYYY): 31-03-54 |

| Gender: ☐ Male  ☐ Female | Height: 5'5" | Weight: | Marital Status: MARRIED |
|---|---|---|---|

| Email: joyeebeckett@aol.com |
|---|

| Name of Person Traveling With: DAVID BECKETT |
|---|

| Date of Incident: 31/12/2019 | Time of Incident (HHMM): 8.20 a.m | Date First Reported: 31/12/2019 |
|---|---|---|

| Detailed Location Where Incident Occurred: 9th floor on way to windjammer | Onboard: ☒   Ashore: ☐ |
|---|---|

| First Reported to Name: TREVOR. | Date (MMDDYYYY): 31/12/2019. Time (HHMM): 8.20 am. |
|---|---|
| Date Medical Facility Visited (MMDDYYYY): 31/12/2019 | Time Medical Facility Visited (HHMM): 8.30 am. |

| If Not Reported Immediately, Please Explain Why: |
|---|

### List all Witnesses (Indicate whether Guest or Crew)

| Name: DAVID BECKETT | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

GR001401

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## Describe In <u>Detail</u> How the Incident Happened

I was walking from the lift towards the windjammer for breakfast when my foot slipped from under me and I put my hand down to stop myself falling backwards I presume, it was instinctive

## What do you believe caused this incident?

Wet Floor

## What could you (or anyone else) have done to avoid this incident?

I dont really know

**I certify that the above statement is true and correct.**

| Guest Signature: J. Beckett | Date (MMDDYYYY): 31 12 2019 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

GR001402

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _RH 693_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: BENNETT | First Name: BRID |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 160 DAMSIRE WAY, | |
|---|---|
| City: CARY NC 27519 | Country: USA |
| Phone Number: 919 608 0077 | Cabin Number: 3004 |
| Nationality: US/IRISH | Date of Birth (MMDDYYYY): 02 05 66 |

| Gender: ☐ Male ☒ Female | Height: 56"2 | Weight: 160 | Marital Status: MARRIED |
|---|---|---|---|

| Email: bthankfulbennett@gmail.com |
|---|

| Name of Person Traveling With: TIM & AMANDA BENNETT |
|---|

| Date of Incident: 07/02/2018 | Time of Incident (HHMM): 3-00 | Date First Reported: TODAY — 6·30 |
|---|---|---|

| Detailed Location Where Incident Occurred: POOL AREA | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: MEDICAL | Date (MMDDYYYY): 07 02 2018<br>Time (HHMM): 3-00 |
| Date Medical Facility Visited (MMDDYYYY): 07 02 2018 | Time Medical Facility Visited (HHMM): 6·30 |

| If Not Reported Immediately, Please Explain Why: |
|---|

## List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date:  July 2017

GR001403

**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

I WAS WALKING BACK TO WINDJAMER FROM POOL AREA, THEN SLIPPED ON THE WET FLOOR.

**What do you believe caused this incident?**

WET FLOOR

**What could you (or anyone else) have done to avoid this incident?**

NOTHING

*I certify that the above statement is true and correct.*

| Guest Signature: Brid Bennett | Date (MMDDYYYY): 07 / 02 / 2018 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 3004 |

Page 2 of 2
Revision Date:  July 2017

GR001404



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Rhapsody of the Seas_
_# 958_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: BERMANGE | First Name: SUSAN |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 13 WILLOW TREE CLOSE | |
|---|---|
| City: ABRIDGE | Country: UK |
| Phone Number: 07932 049 021 | Cabin Number: 3528 |
| Nationality: BRITISH | Date of Birth (MMDDYYYY): 12/24/1956 |

| Gender: ☐ Male ☑ Female | Height: | Weight: | Marital Status: MARRIED. |
|---|---|---|---|

| Email: sbermange@gmail.com |
|---|
| Name of Person Traveling With: DAVID BERMANGE. |

| Date of Incident: 27.5.2018 Swimming Pool Deck | Time of Incident (HHMM): 5.55 PM | Date First Reported: 27.5.2018 |
|---|---|---|
| Detailed Location Where Incident Occurred: SWIMMING POOL DECK | | Onboard: ☑  Ashore: ☐ |
| First Reported to Name: Crew member (LIFE GUARD) | | Date (MMDDYYYY): 27.5.2018 Time (HHMM): 5.35 |
| Date Medical Facility Visited (MMDDYYYY): 27.5.2018 | | Time Medical Facility Visited (HHMM): 5.39 |
| If Not Reported Immediately, Please Explain Why: | | |

### List all Witnesses (Indicate whether Guest or Crew)

| Name: NONE | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date:  July 2017

GR001405



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

I SLIPPED ON WET DECK.

## What do you believe caused this incident?

A WET DECK

## What could you (or anyone else) have done to avoid this incident?

KEEP DECK DRY BY POOL STAFF

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| *Aron R Bye.* | 2 7. 5. 2018 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

GR001406



FORM #1 *Guest*

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

*Ship and Voyage No* GR 130

| The following is to be filled by the guest in his or her handwriting |
|---|

Last Name Bischoff                      First Name Daria

Cabin No. 3544   Nationality _____   Date of Birth 1969      Age 68

Height 6'5"  Weight 165  Sex F                      Marital Status M

Occupation Retired                      Country of Residence USA

Home Address 546 Woodland Hills Drive                      City La Vergne

State Tn.   Zip Code 37086   Home Phone 615-793-3461 Work Phone _____

E-mail Mrfritzfn@comcast.net What type of shoes were you wearing? flip flops

Do you wear contacts or glasses?  (Yes)  No   If so, were you wearing them at the time of injury  (Yes)  No

Traveling With? Husband       Emergency Contact/Phone _____

First Reported To Medical facility   Reported Date 6/30/17 Date of Incident 6/30/17

Time of Incident 11am   (AM)/PM  Date reported 6 / 30 / 17  Time reported 11:30 (AM)/PM

If not reported immediately, please explain why _____

Were you injured as a result of the incident?  (Yes)  No

If so, please describe your injury. Slipped on wet&pool deck hit my left knee and right hip

Who witnessed, was with you, or nearby at the time of the incident? a man picked me up dont know who he is

Please state what you were doing at the time of the incident. Walking back to my chair from the rest room

Page 1 of 2
May 2016

GR001407

FORM #1 *Guest*

ROYAL CARIBBEAN CRUISES LTD.

Please state in detail what happened __I was walking back to my chair on the pool dock from the rest room and slipped on the wet pool deck and my left leg slipped out in front of me and my right leg bent back and my knee hit the deck then my right hip hit the deck.__

Please state in detail the exact location of the incident, whether on board or ashore. __In the Pool dock area__

What do you believe caused this incident? __Wet floor__

What could you (or anyone else) have done to avoid the incident/injury? __?__

_Daria Bischoff_  __6/30/17__

Signature of Injured Person      Date      Signature of Parent/Guardian

Signature of Witness      Date      Position      ID#

Page 2 of 2
May 2016

GR001408

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _ENCHANTMENT_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Blanco | First Name: Omayra |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: 18750 Sodbury St | |
| City: Orlando | Country: orange |
| Phone Number: 407-697-1333 | Cabin Number: 8559 |
| Nationality: Hispanic | Date of Birth (MMDDYYYY): 3-24-77 |
| Gender: ☐ Male  ☑ Female | Height: 5'2 | Weight: 230 | Marital Status: Married |
| Email: Omayrablanco@yahoo.com | |
| Name of Person Traveling With: Homar Quintana | |

| Date of Incident: 8/24/18 | Time of Incident (HHMM): 2:30 | Date First Reported: 8/24/18 |
|---|---|---|
| Detailed Location Where Incident Occurred: Deck 9 near to Pool bar | Onboard: ☑  Ashore: ☐ |
| First Reported to Name: Ramon | Date (MMDDYYYY): 8/24/18  Time (HHMM): 3:00 pm |
| Date Medical Facility Visited (MMDDYYYY): 8/24/18 | Time Medical Facility Visited (HHMM): 3:00 |
| If Not Reported Immediately, Please Explain Why: | |

List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001409



**FORM # 1 (GUEST)**                    ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

I was walking behind my husband by Pool bar and slipped on some water and I feel complety to the ground I stayed on the ground till help got there Hurt my knees and elbow and back I don't know if I hit my head.

## What do you believe caused this incident?

puddle of water

## What could you (or anyone else) have done to avoid this incident?

Clean the water on the ground

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| | 8/24/18 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 8551 |

Page 2 of 2
Revision Date: July 2017

GR001410

FORM #1 *Guest*



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

*Ship and Voyage No* _____

| The following is to be filled by the guest in his or her handwriting |
| --- |

Last Name __Bloye__                    First Name __Edward__

Cabin No. __8071__ Nationality __Australian.__ Date of Birth __19/02/2007__ Age __9__

Height _____ Weight _____ Sex __Male·__            Marital Status __Single.__

Occupation __School__            Country of Residence __Australia__

Home Address __171 MARKWELL ROAD__            City __CAROOLTURE__

State __QLD__ Zip Code __4510__ Home Phone _____ Work Phone __0404262853__

E-mail __jamie.bloye@gmail. com__ What type of shoes were you wearing? __No Shoes.__

Do you wear contacts or glasses?    Yes  (No)    If so, were you wearing them at the time of injury    Yes (No)

Traveling With? __Aunty__        Emergency Contact/Phone __Jamie Bloye   0404262853__

First Reported To _____ Reported Date __2/9/17__ Date of Incident __2/9/17__

Time of Incident __12.30__ AM/PM  Date reported __2 / 9 / 17__ Time reported __12.32.__ AM/PM

If not reported immediately, please explain why _____

_____

Were you injured as a result of the incident?   (Yes)   No

If so, please describe your injury. __hurt Left Leg.__

_____

Who witnessed, was with you, or nearby at the time of the incident? __Grandmother.__

_____

Please state what you were doing at the time of the incident. __Getting out of the spa and slipped over and fell onto his left leg.__

_____

Page 1 of 2
May 2016

GR001411

FORM #1 *Guest*

ROYAL CARIBBEAN CRUISES LTD.

Please state in detail what happened  Got out of the spar and fell/slipped over and fell onto his hip (left leg).

Please state in detail the exact location of the incident, whether on board or ashore. onboard near the spa on level 9.

What do you believe caused this incident? The water from the spa and the rough ocean.

What could you (or anyone else) have done to avoid the incident/injury? Nothing.

| Signature of Injured Person | 9/2/17 | Signature of Parent/Guardian |
| | Date | |

| Signature of Witness | Date | Position | ID# |

Page 2 of 2
May 2016

GR001412

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

*Ship Name:*_____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Bodager | First Name: Adam |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 513 Wilmington Circle |  |
|---|---|
| City: Oviedo FL | Country: USA |
| Phone Number: | Cabin Number: 2584 |
| Nationality: Caucasian | Date of Birth (MMDDYYYY): 12/07/1993 |

| Gender: ☑ Male  ☐ Female | Height: 6'2 | Weight: 210 lbs | Marital Status: Single |
|---|---|---|---|

| Email: abodager@att.net |
|---|
| Name of Person Traveling With: Aaron Balager |

| Date of Incident: 5/16/18 | Time of Incident (HHMM): 3:00 am | Date First Reported: 5/16/18 |
|---|---|---|

| Detailed Location Where Incident Occurred: Pool Deck | Onboard: ☑  Ashore: ☐ |
|---|---|
| First Reported to Name: Monica from Martesano | Date (MMDDYYYY): 05/16/18  Time (HHMM): 3:00am |
| Date Medical Facility Visited (MMDDYYYY): 5/16/18 | Time Medical Facility Visited (HHMM): 3:10am |
| If Not Reported Immediately, Please Explain Why: |  |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Lewis Beech | Contact Information: (904) 234-0685 |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date:  July 2017

GR001413



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

Adam Bodager slipped and fell on the wet pool deck. He braced his fall with his right arm resulting in dislocation. He reports sharp pulsing radiating pain through the elbow (right).

## What do you believe caused this incident?

The incident was caused by a wet floor slip and fall on the pool deck. Patient reports a "wet floor" sign present.

## What could you (or anyone else) have done to avoid this incident?

Walked more careful, possible different footwear.

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| | 05/16/18 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: Aaron Bodager | Cabin Number: 2584 |

Page 2 of 2
Revision Date: July 2017

GR001414

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: BORNES | First Name: MARY ANN |
|---|---|
| Booking Number: | Folio Number: |

**Home Address:** 1805 Little BeaverDam CT,

| City: Holly Springs | Country: USA |
|---|---|
| Phone Number: 919.413 4645 | Cabin Number: 2022 |
| Nationality: USA | Date of Birth (MMDDYYYY): 10-08-47 |

| Gender: ☐ Male  ☒ Female | Height: 5'8" | Weight: 162 | Marital Status: MARRIED |
|---|---|---|---|

**Email:** M BORNES@Twc.com

**Name of Person Traveling With:** Michael Bornes

| Date of Incident: 02-05-2018 | Time of Incident (HHMM): 1850 | Date First Reported: 02-05-2018 |
|---|---|---|

| Detailed Location Where Incident Occurred: Deck 9 By swimmingpool | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: Customer service | Date (MMDDYYYY): 02-05-2018  Time (HHMM): 18:51 |
| Date Medical Facility Visited (MMDDYYYY): 02-05-2018 | Time Medical Facility Visited (HHMM): |

If Not Reported Immediately, Please Explain Why:

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001415

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

**Describe In Detail How the Incident Happened**

STANding by The pool ANd sTARTed To wAlk
AwAy ANd slipped on wet deck and fell on
my Left knee

**What do you believe caused this Incident?**

wATeR oN The deck

**What could you (or anyone else) have done to avoid this incident?**

~~took care of~~
NoThing

**I certify that the above statement is true and correct.**

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| Mary Ann Bornes | 02-05-2018 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Boyd-Main | First Name: Christine |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 4382 Saxon Tr | |
|---|---|
| City: Hephzibah  GA 30815 | Country: USA |
| Phone Number: 706  691-6220 | Cabin Number: 2017 |
| Nationality: American | Date of Birth (MMDDYYYY): 08-30-70 |
| Gender: ☐ Male  ☑ Female | Height: 5'9 | Weight: 188 | Marital Status: Sep |
| Email: Caseyljoe2@yahoo.com | | | |
| Name of Person Traveling With: Shanon Courson | | | |

| Date of Incident: 08-27-18 | Time of Incident (HHMM): 1600 | Date First Reported: |
|---|---|---|
| Detailed Location Where Incident Occurred: 9th floor deck | Onboard: ☑  Ashore: ☐ | |
| First Reported to Name: | Date (MMDDYYYY): 08-27-18  Time (HHMM): 1600 | |
| Date Medical Facility Visited (MMDDYYYY): 08-27-18 | Time Medical Facility Visited (HHMM): 1615 | |
| If Not Reported Immediately, Please Explain Why: | | |

List all Witnesses (Indicate whether Guest or Crew)

| Name: Shanon Courson | Contact Information: 706-466-0138 |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001417



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

### Describe In <u>Detail</u> How the Incident Happened

I was walking across the 9th floor deck to join my friend in the departure it was raining + I slid. I tried to catch my balance was unable to.

### What do you believe caused this incident?

Wet floor

### What could you (or anyone else) have done to avoid this incident?

nothing it was wet + I slid.

*I certify that the above statement is true and correct.*

| Guest Signature: Christen Boyd-Hoen | Date (MMDDYYYY): 8/27/18 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 2017 |

Page 2 of 2
Revision Date: July 2017

GR001418

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

Ship Name: _____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: BUNGAY | First Name: GLENN |
|---|---|
| Booking Number: | Folio Number: |

Home Address: LENDEKENSTRAAT. 9,

| City: HEUSDEN | Country: BELGIOM |
|---|---|
| Phone Number: + 31 625645901 | Cabin Number: 8544 |
| Nationality: U.K. | Date of Birth (MMDDYYYY): 07/26/1968 |

| Gender: ☑ Male ☐ Female | Height: 176 CM | Weight: 73 KGF | Marital Status: MARRIED |
|---|---|---|---|

Email: glungay@yahoo.com

Name of Person Traveling With: LAURENT TROOSTERS.

| Date of Incident: 8/9/19 | Time of Incident (HHMM): 18'00 | Date First Reported: 7/9/19. |
|---|---|---|

| Detailed Location Where Incident Occurred: Pool area deck 9 | Onboard: ☑ Ashore: ☐ |
|---|---|

| First Reported to Name: WILLIAM NURSE | Date (MMDDYYYY): Time (HHMM): 7/9/19. |
|---|---|

| Date Medical Facility Visited (MMDDYYYY): 07/09/2019, | Time Medical Facility Visited (HHMM): 08-00 am. |
|---|---|

If Not Reported Immediately, Please Explain Why:

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001419



**FORM # 1 (GUEST)**   ROYAL CARIBBEAN CRUISES LTD.

### Describe In <u>Detail</u> How the Incident Happened

SLIPPED ON WET FLOOR - HURT RIGHT LEG

### What do you believe caused this incident?

Wet Floor

### What could you (or anyone else) have done to avoid this incident?

PROVIDE A DRY SURFACE !!

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): 07/09/2019 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

GR001420

#319772

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Grandeur_

*The following is to be filled by the guest in his or her handwriting*

| | |
|---|---|
| **Last Name:** Burns | **First Name:** Dany |
| **Booking Number:** | **Folio Number:** 93818271 |
| **Home Address:** 505 piping rock dr | |
| **City:** silver spring | **Country:** USA |
| **Phone Number:** 240 383 2776 | **Cabin Number:** |
| **Nationality:** USA | **Date of Birth (MMDDYYYY):** |

| | | | | |
|---|---|---|---|---|
| **Gender:** ☐ Male  ☑ Female | **Height:** 5' 2" | **Weight:** 180 | **Marital Status:** M | |

**Email:** danyburns@yahoo.com

**Name of Person Traveling With:** James Hanson

| | | |
|---|---|---|
| **Date of Incident:** 3/28 | **Time of Incident (HHMM):** 815 AM | **Date First Reported:** 3/28/18 |

| **Detailed Location Where Incident Occurred:** Pool Deck | **Onboard:** ☑   **Ashore:** ☐ |
|---|---|
| **First Reported to Name:** GiO | **Date (MMDDYYYY):** 3/28/19   **Time (HHMM):** 8:15 AM |
| **Date Medical Facility Visited (MMDDYYYY):** 3/28/19 | **Time Medical Facility Visited (HHMM):** 832 |

**If Not Reported Immediately, Please Explain Why:**

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| (illegible) DTB | |
| Name: | Contact Information: |
| Name: | Contact Information: |

GR001421

**FORM # 1 (GUEST)**  **ROYAL CARIBBEAN CRUISES LTD.**

**Describe In _Detail_ How the Incident Happened**

I was walking to elevators — from Windjammer. I walked on the deck near the pool and (Deck 9) lost my footing and slipped on the ice — there was a skim layer of ice. I was wearing rubber shoes w/a good grip.

landed on buttocks, and right hand.

**What do you believe caused this incident?**

thin skim layer of ice on deck.

**What could you (or anyone else) have done to avoid this incident?**

mark the area as icy. It was marked as "wet"

**I certify that the above statement is true and correct.**

| Guest Signature: | Date (MMDDYYYY): |
| --- | --- |
| [signature] | 3/28/19. |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 7570 |

Page 2 of 2
Revision Date: July 2017

GR001422

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: RH  001 (980)

### The following is to be filled by the guest in his or her handwriting

| Last Name: Burt | First Name: Veronica |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 13 Bassey Sd. |  |
|---|---|
| City: Penarth | Country: |
| Phone Number: 0791 9891120 | Cabin Number: 4516. |
| Nationality: Welsh | Date of Birth (MMDDYYYY): 14.12.68 |

| Gender: ☐ Male ☐ Female | Height: 5ft 4inch | Weight: 10st. | Marital Status: Married |
|---|---|---|---|

Email: Veronica.burt@icloud.com.

Name of Person Traveling With: Edward Burt.

| Date of Incident: 28.10.18 | Time of Incident (HHMM): 10.20. | Date First Reported: 28.10.18 |
|---|---|---|

| Detailed Location Where Incident Occurred: Deck 9. | Onboard: ☑   Ashore: ☐ |
|---|---|

| First Reported to Name: Abdullah | Date (MMDDYYYY): Time (HHMM): 28.10.18   1030. |
|---|---|

| Date Medical Facility Visited (MMDDYYYY): 28.10.18. | Time Medical Facility Visited (HHMM): 10.36 |
|---|---|

If Not Reported Immediately, Please Explain Why:

### List all Witnesses (indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001423



**FORM # 1 (GUEST)**                    ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

Caught foot on leg of sunbed.
Fell over bed + onto floor.
Very windy on board but none [illegible]
any of this caused this.

## What do you believe caused this incident?

Misplaced footing + caught footing
sunbed leg.

## What could you (or anyone else) have done to avoid this incident?

Nothing.

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| J.S.Burt | 28.10.18. |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |
| | 4516. |

Page 2 of 2
Revision Date: July 2017

GR001424

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

276432

Ship Name: Grandeur of the Seas

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Butts Jr. | First Name: James |
|---|---|
| Booking Number: | Folio Number: 94418619 |

| Home Address: 13811 Eden Drive | |
|---|---|
| City: Hagerstown | Country: USA |
| Phone Number: 301-992-1989 | Cabin Number: 2596 |
| Nationality: american | Date of Birth (MMDDYYYY): 10/24/2006 |

| Gender: ☑ Male ☐ Female | Height: | Weight: 98 lbs | Marital Status: Single |
|---|---|---|---|

Email: Charlenattose@gmail.com

Name of Person Traveling With: Charlena Hose Mother

| Date of Incident: 11/12/17 | Time of Incident (HHMM): 3:20 | Date First Reported: 11/12/17 |
|---|---|---|

| Detailed Location Where Incident Occurred: Pool Deck | Onboard: ☑ Ashore: ☐ |
|---|---|

| First Reported to Name: Vincent Ecalnir | Date (MMDDYYYY): 11/12/17  Time (HHMM): |
|---|---|

| Date Medical Facility Visited (MMDDYYYY): 11/12/17 | Time Medical Facility Visited (HHMM): 3:28 |
|---|---|

If Not Reported Immediately, Please Explain Why:

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001425



**FORM # 1 (GUEST)**          ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

was walking out into the pool deck slipped and fell on wet ground and hit head on the ground.

**What do you believe caused this Incident?**

wet Pool Deck its very slippery

**What could you (or anyone else) have done to avoid this incident?**

Sweep the water off the Deck

I certify that the above statement is true and correct.

| Guest Signature: Chalena Hue | Date (MMDDYYYY): 11/12/17 |
|---|---|
| If Injured Person is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

GR001426

**FORM # 1 (GUEST)**



·ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Vision of the Seas_

**The following is to be filled by the guest in his or her handwriting**

| Last Name: Caballero | First Name: Eduardo |
|---|---|
| Booking Number: 94267 | Folio Number: 886 08611 |
| Home Address: Fuente Chica 328 | |
| City: San Nicolás de los Garza | Country: México |
| Phone Number: 81. 80 57 15 48 | Cabin Number: 4325 |
| Nationality: mexicana | Date of Birth (MMDDYYYY): September 8, 1963 |

| Gender: ☒ Male   ☐ Female | Height: 1.74 | Weight: 93 kg. | Marital Status: Married. |
|---|---|---|---|

| Email: |
|---|

| Name of Person Traveling With: Lucila Alvarado |
|---|

| Date of Incident: March 31, 2018 | Time of Incident (HHMM): 10:45 pm | Date First Reported: March 31, 2018 |
|---|---|---|

| Detailed Location Where Incident Occurred: Deck 9, wooden floor | Onboard: ☒    Ashore: ☐ |
|---|---|

| First Reported to Name: 934820 (CRUISE STAFF) IRIS GILARANZ SABADO | Date (MMDDYYYY): March 31, 2018 |
|---|---|
| | Time (HHMM): 10:45 pm |

| Date Medical Facility Visited (MMDDYYYY): March 31, 2018 | Time Medical Facility Visited (HHMM): 11:00 pm |
|---|---|

| If Not Reported Immediately, Please Explain Why: |
|---|

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Lucila Alvarado   guest | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001427

**FORM # 1 (GUEST)**

**ROYAL CARIBBEAN CRUISES LTD.**

**Describe In <u>Detail</u> How the Incident Happened**

I was going to take a picture, but I started to walk backwards, and then I slipped and went all the way down to the floor making a slipt.

**What do you believe caused this incident?**

Slippery floor.

**What could you (or anyone else) have done to avoid this incident?**

be more careful when walking backwards.

**I certify that the above statement is true and correct.**

| Guest Signature: | Date (MMDDYYYY): |
| --- | --- |
| | March 31, 2018 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date:  July 2017

GR001428

**FORM # 1 (GUEST)**



·ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _VISION OF THE SEAS_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: CADDELL | First Name: RHONDA |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: 110 TAIL WILLOW DR | |
| City: SENECA | Country: USA |
| Phone Number: SE 864 8848 8648748945 | Cabin Number: 2072 |
| Nationality: US | Date of Birth (MMDDYYYY): 06/23/1967 |
| Gender: ☐ Male  ☑ Female | Height: 5'0" | Weight: 230 | Marital Status: MARRIED |
| Email: RCADDELL1804@bellsouth.net | |
| Name of Person Traveling With: DAWN CONDIN | |

| Date of Incident: 3/18/18 | Time of Incident (HHMM): 7:50PM | Date First Reported: 3/18/18 |
|---|---|---|
| Detailed Location Where Incident Occurred: OUTSIDE WINDJAMMER CAFE | Onboard: ☑   Ashore: ☐ | |
| First Reported to Name: UNKNOWN | Date (MMDDYYYY): 3/18/18  Time (HHMM): 7:50 AM |
| Date Medical Facility Visited (MMDDYYYY): 3/18/18 | Time Medical Facility Visited (HHMM): 8:00 |
| If Not Reported Immediately, Please Explain Why: | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001429

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## Describe In Detail How the Incident Happened

WALKING INTO WINDJAMMER CAFE
NOTICED WET FLOOR SIGN
AS I SAW IT (THE WET FLOOD SIGN) I FELT MY FOOT SLIP
MY FOOT WENT ONE WAY MY THIGH TURNED THE OTHER
WAY AND I TWISTED MY KNEE AS I FELL TO THE FLOOR

## What do you believe caused this incident?

SLIPPERY SURFACE

## What could you (or anyone else) have done to avoid this incident?

NOT WALKED ON DECK WHERE ICE CREAM WAS
SPILLED

*I certify that the above statement is true and correct.*

| Guest Signature: *Rhonda Caddell* | Date (MMDDYYYY): 3/18/18 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 2072 |

Page 2 of 2
Revision Date: July 2017

GR001430



**FORM # 2**

**ROYAL CARIBBEAN CRUISES LTD.**

## WITNESS TO INJURY STATEMENT

*Ship Name:*_____

*The following is to be filled by the Witness in his or her handwriting*

| Last Name: Carlile | First Name: Heather |
|---|---|
| Home Address: 225 Rachel Blvd | |
| City: Temple | Country: USA |
| Phone Number: 404 852 1778 | Stateroom/Cabin Number: 2652 |
| Booking Number *(Guest)*: | Folio Number *(Guest)*: 86907729 |
| Nationality: white | Date of Birth (MMDDYYYY): 10/22/86 |

| Gender: ☐ Male  ☒ Female | Height: 5'7 | Weight: 200 | Age: 31 |
|---|---|---|---|

| Email: thecarliles07@yahoo.com |
|---|
| Name of Injured Person *(if known)*: Katelyn Carlile |
| Relation to Injured Person: mother |

| Date of Incident: 11/21/17 | Time of Incident (HHMM): 10:05 am | Onboard: ☒  Ashore: ☐ |
|---|---|---|
| **Detailed** Location Where Incident Occurred: Pool Deck | | |

**List any additional Witnesses (Indicate whether Guest or Crew)**

| Name: There was a crew member | Contact Information: |
|---|---|
| Name: Cleaning that helped us | Contact Information: |
| Name: but I didn't get their name | Contact Information: |
| Name: | Contact Information: |

GR001431

**FORM # 2**

ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> What You Observed:**

My daughter Katelyn was walking from the pool to our chairs and she slipped in a puddle and fell to the deck. When she fell she hit the right side of her head and her elbow

*I certify that the above statement is true and correct.*

| Signature: Heather Ca— | Date (MMDDYYYY): 11/21/17 |
| --- | --- |

Page 2 of 2
Revision Date: July 2017

GR001432

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

*Ship Name:*_____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Carlile | First Name: Katelyn |
|---|---|
| Booking Number: | Folio Number: 86907730 |
| Home Address: 225 Rachel Blud | |
| City: Temple | Country: USA |
| Phone Number: 404 8521778 | Cabin Number: 2652 |
| Nationality: white | Date of Birth (MMDDYYYY): 10/22/05 |

| Gender: ☐ Male ☑ Female | Height: 54" | Weight: 120 | Marital Status: Single |
|---|---|---|---|

| Email: thecarlile507@yahoo.com |
|---|
| Name of Person Traveling With: mom & grandparents |

| Date of Incident: 11/21/17 | Time of Incident (HHMM): 10:05 am | Date First Reported: 10:15 am |
|---|---|---|
| Detailed Location Where Incident Occurred: Pool Deck | Onboard: ☑   Ashore: ☐ | |
| First Reported to Name: medical facility | Date (MMDDYYYY): Time (HHMM): |
| Date Medical Facility Visited (MMDDYYYY): 11/21/17 | Time Medical Facility Visited (HHMM): 10:15 am |
| If Not Reported Immediately, Please Explain Why: | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Heather Carlile | Contact Information: 404 8521778 |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

Slipped on the pool deck and hit head

## What do you believe caused this incident?

My feet were wet from the pool

## What could you (or anyone else) have done to avoid this incident?

Unavoidable accident - wet all around pool area

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): 11/21/17 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: Heather Carlile | Cabin Number: 2652 |

Page 2 of 2
Revision Date: July 2017
GR001434

# 304595



**ROYAL CARIBBEAN CRUISES LTD.**

**FORM # 1 (GUEST)**

## GUEST INJURY STATEMENT

Ship Name: _Vision_ _OTT_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: CHEESEMAN | First Name: WANDA |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 11/30 JOHN ST | |
|---|---|
| City: BOWEN   QLD | Country: AUSTRALIA |
| Phone Number: 0412400189 | Cabin Number: 8511 |
| Nationality: AUSTRALIAN | Date of Birth (MMDDYYYY): 11/03/1946 |

| Gender: ☐ Male  ☒ Female | Height: | Weight: | Marital Status: SINGLE |
|---|---|---|---|

| Email: |
|---|

| Name of Person Traveling With: REBECCA   CHEESEMAN |
|---|

| Date of Incident: 15/10/18 | Time of Incident (HHMM): 3pm | Date First Reported: 15/10/18 |
|---|---|---|

| Detailed Location Where Incident Occurred: Deck 9 | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: GUEST RELATIONS | Date (MMDDYYYY): 15/10/18  Time (HHMM): 7pm |
| Date Medical Facility Visited (MMDDYYYY): 15/10/18 | Time Medical Facility Visited (HHMM): 7. pm |

| If Not Reported Immediately, Please Explain Why: |
|---|

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Rebecca Cheeseman | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001435



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

### Describe In Detail How the Incident Happened

Walking on deck 9 between deck Chairs and triped on a deck chair that was siting out more and fell on the deck

### What do you believe caused this incident?

Deck Chair jutting out

### What could you (or anyone else) have done to avoid this incident?

Don't Know

*I certify that the above statement is true and correct.*

| Guest Signature: W. Cheene | Date (MMDDYYYY): 15/10/18 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 8511 |

GR001436

FORM #1 *Guest*



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

*Ship and Voyage No* _____

| The following is to be filled by the guest in his or her handwriting |
| --- |

Last Name _Coutts_ First Name _Lauren_

Cabin No. _3525_ Nationality _Australian_ Date of Birth _13/12/1998_ Age _18_

Height _____ Weight _____ Sex _Female_ Marital Status _Single_

Occupation ~~out~~ _University student_ Country of Residence _Australia_

Home Address _10 Lachlan Avenue_ City _Gold Coast_

State _QLD_ Zip Code _4214_ Home Phone _07 5527 7834_ Work Phone _0459404440_

E-mail _lauren.coutts1998@gmail.com_ What type of shoes were you wearing? _flip flops_

Do you wear contacts or glasses? (Yes) No   If so, were you wearing them at the time of injury   Yes (No)

Traveling With? _friend_ Emergency Contact/Phone _Mother-Deborah Coutts 0447034440_

First Reported To _____ Reported Date _____ Date of Incident _16/02/17_

Time of Incident _____ AM/PM  Date reported ____/____/____ Time reported _____ AM/PM

If not reported immediately, please explain why _____

_____

Were you injured as a result of the incident? (Yes) No

If so, please describe your injury. _left knee bruising._

_____

Who witnessed, was with you, or nearby at the time of the incident? _Other Cruisers_

_____

Please state what you were doing at the time of the incident. _I was walking to go get two towels and I slipped on ~~the~~ water on the pool deck._

_____

Page 1 of 2
May 2016

GR001437

FORM #1 *Guest*

**ROYAL CARIBBEAN CRUISES LTD.**

Please state in detail what happened · Me and my friend were walking to get towels as i walked along I slipped on a puddle of water and heard a noise in my knee as i fell to the ground. People then came to help me.

Please state in detail the exact location of the incident, whether on board or ashore. On deck 9 between two rows of lounge chairs.

What do you believe caused this incident? Water on the floor.

What could you (or anyone else) have done to avoid the incident/injury? I could have been more careful to where I was walking

_____          16/02/17
Signature of Injured Person           Date          Signature of Parent/Guardian

_____
Signature of Witness                  Date          Position          ID#

Page 2 of 2
May 2016

GR001438

*# 304862*

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Vision_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: DARLAND | First Name: LAURA |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 1830 N. Atlantic Ave 601 | |
|---|---|
| City: Cocoa Beach | Country: USA |
| Phone Number: 321-613-4116 | Cabin Number: 7143 |
| Nationality: USA | Date of Birth (MMDDYYYY): 3/12/61 |

| Gender: ☐ Male ☒ Female | Height: 5'4" | Weight: 130 | Marital Status: m |
|---|---|---|---|

| Email: JM.Durland@MSN.com |
|---|
| Name of Person Traveling With: |

| Date of Incident: 10/18/18 | Time of Incident (HHMM): 9:15 | Date First Reported: 9/15 |
|---|---|---|

| Detailed Location Where Incident Occurred: Deck 9 | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: | Date (MMDDYYYY): Time (HHMM): |
| Date Medical Facility Visited (MMDDYYYY): 10/18/18 | Time Medical Facility Visited (HHMM): 9:30 |

| If Not Reported Immediately, Please Explain Why: |
|---|

### List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

GR001439

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

**Describe In <u>Detail</u> How the Incident Happened**

fell outside of the Windjammer door - it had been raining and I hit my back & head - have terrible head ache; and some back pain.

**What do you believe caused this incident?**

Rain on the planks of floor

**What could you (or anyone else) have done to avoid this incident?**

Put cones up warning of slippery surface

*I certify that the above statement is true and correct.*

| Guest Signature: *Laura Durland* | Date (MMDDYYYY): 10/18/18 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 743 |

Page 2 of 2
Revision Date:  July 2017

GR001440

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

# GUEST INJURY STATEMENT

Ship Name: _EN #399_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Davis | First Name: Tamara |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: 128 Long St | |
| City: Ashville | Country: U.S.A. |
| Phone Number: 740 248 1469 | Cabin Number: 3602 |
| Nationality: American | Date of Birth (MMDDYYYY): 3-15-17 |
| Gender: ☐ Male  ☒ Female   Height: 5'7"   Weight: 275 | Marital Status: married |
| Email: tstamper@hotmail.com | |
| Name of Person Traveling With: Pure Romance | |

| Date of Incident: 7-16-17 | Time of Incident (HHMM): 2:45 | Date First Reported: |
|---|---|---|
| Detailed Location Where Incident Occurred: between the pools | Onboard: ☒   Ashore: ☐ | |
| First Reported to Name: | Date (MMDDYYYY): <br> Time (HHMM): |
| Date Medical Facility Visited (MMDDYYYY): 7-16-17 | Time Medical Facility Visited (HHMM): |
| If Not Reported Immediately, Please Explain Why: | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: 4-5 people helped me | Contact Information: up but I don't know |
|---|---|
| Name: their names | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001441



**FORM # 1 (GUEST)**                    ROYAL CARIBBEAN CRUISES LTD.

## Describe In Detail How the Incident Happened

I was walking from the adult pool to the buffet & took one or two steps out onto the pool deck & started sliding, then I fell. I tried to catch myself & rolled over

## What do you believe caused this incident?

1-2 inches of water on the pool deck

## What could you (or anyone else) have done to avoid this incident?

the ship could have had wet signs up or squeeged the deck to remove the water

*I certify that the above statement is true and correct.*

| Guest Signature: JaMara Davis | Date (MMDDYYYY): 7-16-17 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 3602 |

GR001442

FORM # 1 (GUEST)

RK# 283545

**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

Ship Name: _____EN_____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: De la Puente | First Name: Diego |
|---|---|
| Booking Number: | Folio Number: 16792614 |
| Home Address: Av. Dos esteros 44 19 | |
| City: Puerto Montt. | Country: Chile |
| Phone Number: +56978396842 | Cabin Number: 8138 |
| Nationality: Chile | Date of Birth (MMDDYYYY): |
| Gender: ☒ Male ☐ Female | Height: 1,62 | Weight: 58 kls | Marital Status: Single. |
| Email: Palomo.Danza @ gmail.com | | | |
| Name of Person Traveling With: Paloma Olivares | | | |

| Date of Incident: 02/09/18 5:00PM | Time of Incident (HHMM): 5:00 Pm. | Date First Reported: 01/09/18 |
|---|---|---|
| Detailed Location Where Incident Occurred: Pool Area. | Onboard: ☒   Ashore: ☐ | |
| First Reported to Name: Paloma Olivares | Date (MMDDYYYY): Time (HHMM): 05:00Pm. | |
| Date Medical Facility Visited (MMDDYYYY): 02/09/18 | Time Medical Facility Visited (HHMM): | |
| If Not Reported Immediately, Please Explain Why: No hat inproidly | | |

## List all Witnesses (Indicate whether Guest or Crew)

| Name: Rodrigo Anguita | Contact Information: +56978396842 |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001443



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

### Describe In Detail How the Incident Happened

Walking through the Pool, fell over
his Risk.

Feels Pain on his Risk

### What do you believe caused this incident?

Water in the floor

### What could you (or anyone else) have done to avoid this incident?

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): 02/04/18 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: Mother Palmua Olivares | Cabin Number: 8138 |

Page 2 of 2
Revision Date: July 2017

GR001444

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name:_____

The following is to be filled by the guest in his or her handwriting

| Last Name: Del Vecchio | First Name: Pamela |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 605 DuBois Ave | |
|---|---|
| City: Valley Stream | Country: USA |
| Phone Number: 516-668-3118 | Cabin Number: |
| Nationality: USA | Date of Birth (MMDDYYYY): 04-26-51 |

| Gender: ☐ Male  ☑ Female | Height: 5'3 | Weight: 169 | Marital Status: M |
|---|---|---|---|

Email: usdelp01@gmail.com

Name of Person Traveling With: John DelVecchio

| Date of Incident: 1-17-19 | Time of Incident (HHMM): 8:25 PM | Date First Reported: 1-17-19 |
|---|---|---|

| Detailed Location Where Incident Occurred: near the pool area | Onboard: ☑   Ashore: ☐ |
|---|---|
| First Reported to Name: lifeguard | Date (MMDDYYYY): 1-17-19  Time (HHMM): 8:25 PM |
| Date Medical Facility Visited (MMDDYYYY): 1-17-19 | Time Medical Facility Visited (HHMM): 8:30 PM |

If Not Reported Immediately, Please Explain Why:

## List all Witnesses (Indicate whether Guest or Crew)

| Name: unknown | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

GR001445



**FORM # 1 (GUEST)**          ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

*I was walking to my room. I slipped on the deck + fell backwards and hit the back of my head.*

## What do you believe caused this incident?

*there was a sign that the floor was wet and there was a Baby Carriage nearby.*

## What could you (or anyone else) have done to avoid this incident?

*the floor was wet but and slippery.*

*I certify that the above statement is true and correct.*

| Guest Signature: *Pamela Del* | Date (MMDDYYYY): *1-17-19* |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: *PAMELA Del Vecchia* | Cabin Number: *3552* |

Page 2 of 2
Revision Date: July 2017

GR001446

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Rhapsody of Sea_

*The following is to be filled by the guest in his or her handwriting*   RH035

| Last Name: Dennis | First Name: Carol |
|---|---|
| Booking Number: | Folio Number: |

Home Address: 278 S.E. Dogwood Ct.

| City: High Springs Fla, 32643 | Country: USA |
|---|---|
| Phone Number: 386 454-5548 | Cabin Number: 3577 |
| Nationality: American | Date of Birth (MMDDYYYY): 07-22-1959 |

| Gender: ☐ Male  ☑ Female | Height: 5'2" | Weight: 185 | Marital Status: Married |
|---|---|---|---|

Email: Dennisca @ gm.sbac.edu

Name of Person Traveling With: Iris Garrett

| Date of Incident: 12-15-17 | Time of Incident (HHMM): 3:30 | Date First Reported: 3:30 |
|---|---|---|

| Detailed Location Where Incident Occurred: Pool Side | Onboard: ☑   Ashore: ☐ |
|---|---|
| First Reported to Name: | Date (MMDDYYYY): 12-15-17  Time (HHMM): |
| Date Medical Facility Visited (MMDDYYYY): 12-15-17 | Time Medical Facility Visited (HHMM): 4:45 |

If Not Reported Immediately, Please Explain Why:

List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001447

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

Was walking + tripped over leg of chair. Went airborne landed on knee + right leg.

**What do you believe caused this incident?**

Didn't see chair sticking out, and fell.

**What could you (or anyone else) have done to avoid this incident?**

Have clear + better walkways.

*I certify that the above statement is true and correct.*

| Guest Signature: Carol Dennis | Date (MMDDYYYY): 12-15-17 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: Jun 2017

GR001448

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

*RK# 310946*

## GUEST INJURY STATEMENT

Ship Name: ~~Enchant~~ *Enchantment of The Seas*

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Donahue | First Name: Patrick |
|---|---|
| Booking Number: | Folio Number: |

Home Address: 6126 E Sorrell Hill Rd

| City: Warners | Country: USA |
|---|---|
| Phone Number: (315) 704-4484 | Cabin Number: 8658 |
| Nationality: USA | Date of Birth (MMDDYYYY): 02/15/1965 |

| Gender: ☑ Male<br>☐ Female | Height: 5'10" | Weight: 250 | Marital Status: M |
|---|---|---|---|

Email: penziephilly@aol.com

Name of Person Traveling With: Penny Donahue

| Date of Incident: 12/23/18 | Time of Incident (HHMM): 6 am | Date First Reported: 12/23/18 |
|---|---|---|

| Detailed Location Where Incident Occurred: pool deck | Onboard: ☑   Ashore: ☐ |
|---|---|

| First Reported to Name: Nurse | Date (MMDDYYYY):<br>Time (HHMM): 4:14 pm |
|---|---|
| Date Medical Facility Visited (MMDDYYYY): 12/23/18 | Time Medical Facility Visited (HHMM): 4:15 pm |

If Not Reported Immediately, Please Explain Why:

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: none | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001449

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

Slipped on wet floor, rolled ankle

**What do you believe caused this incident?**

Wet floor

**What could you (or anyone else) have done to avoid this incident?**

?

I certify that the above statement is true and correct.

| Guest Signature: | Date (MMDDYYYY): 12/23/18 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

GR001450

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Rhapsody_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Dorozhkina | First Name: Olga |
|---|---|
| Booking Number: — | Folio Number: — |
| Home Address: Internata 9/29 | |
| City: Kramatorsk | Country: Ukraine |
| Phone Number: | Cabin Number: |
| Nationality: Ukraine | Date of Birth (MMDDYYYY): 27.07.2006 |
| Gender: ☐ Male  ☑ Female    Height: 170 cm    Weight: 57 | Marital Status: |
| Email: | |

Name of Person Traveling With: Sidashova Oleksandra

| Date of Incident: 24.07.2019 | Time of Incident (HHMM): 6.10 p.m. | Date First Reported: 24-07-2019 |
|---|---|---|
| Detailed Location Where Incident Occurred: Pool deck 9 | | Onboard: ☑   Ashore: ☐ |
| First Reported to Name: Shadrask | | Date (MMDDYYYY): 24.07.2019  Time (HHMM): 6.10 p.m. |
| Date Medical Facility Visited (MMDDYYYY): 24.07.2019 | | Time Medical Facility Visited (HHMM): 6.15 |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Sidashova Oleksandra | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001451

**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## Describe In Detail How the Incident Happened

Walking on pool deck 9, floor was wet and it wasn't seen. Right leg slipped and fell onto left knee

Auntie came to help, sat down on chair and lifeguard team brought ice and placed it onto left knee.

Then Shadrack brought me down to medical.

## What do you believe caused this incident?

Floor was wet with no visable signage.

## What could you (or anyone else) have done to avoid this incident?

Wet floor sign in place.

I certify that the above statement is true and correct.

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| Edd Ciganiafa | 24.07.2019 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: O.SIDASHOVA. | Cabin Number: 1910. |

Page 2 of 2
Revision Date: July 2017

GR001452

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: ENCHANTMENT

*The following is to be filled by the guest in his or her handwriting*

| Last Name: DUNN - GARDETZ | First Name: VERONICA |
|---|---|
| Booking Number: | Folio Number: |

Home Address: 821 CASPIAN CT

| City: DELTONA | Country: USA |
|---|---|
| Phone Number: 407 415 3135 | Cabin Number: 3634 |
| Nationality: AMERICAN | Date of Birth (MMDDYYYY): 08/09/2018 |

| Gender: ☐ Male ☒ Female | Height: 5' 3" | Weight: 160 | Marital Status: MARRIED |
|---|---|---|---|

Email: VERONICADUNN1964@GMAIL.COM

Name of Person Traveling With: RONALD GARDETZ

| Date of Incident: 08/09/2018 | Time of Incident (HHMM): 1650 | Date First Reported: 08/09/2018 |
|---|---|---|

| Detailed Location Where Incident Occurred: ADULT POOL | Onboard: ☒ Ashore: ☐ |
|---|---|

| First Reported to Name: RAMON JR | Date (MMDDYYYY): 08/09/2018 Time (HHMM): 1651 |
|---|---|

| Date Medical Facility Visited (MMDDYYYY): 08/09/2018 | Time Medical Facility Visited (HHMM): 1710 |
|---|---|

If Not Reported Immediately, Please Explain Why:

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001453



**FORM # 1 (GUEST)**      ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

WHILE EXITING ADULT POOL, SLIPPED ON WET TILE
FLOOR. HURT LOWER BACK AND HAVE FRICTION BURN ON
UPPER LEFT THIGH

## What do you believe caused this incident?

WET SLIPPERY TILE FLOOR

## What could you (or anyone else) have done to avoid this incident?

*I certify that the above statement is true and correct.*

| Guest Signature: Veronica Dunn ~ Garcetz | Date (MMDDYYYY): 08/09/2018 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date:  July 2017

GR001454

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

Ship Name: _Liberty of Seas_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Darfus | First Name: Jesse |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: 936 Rainbow Dr NE | |
| City: Lancaster | Country: United States |
| Phone Number: 740 503 9217 | Cabin Number: 8605 |
| Nationality: American | Date of Birth (MMDDYYYY): 11/17/2015 |

| Gender: ☒ Male  ☐ Female | Height: 33" | Weight: 26 | Marital Status: Single |
|---|---|---|---|

Email: derkdarfus @ gmail.com

Name of Person Traveling With: Derrick Darfus  (Father)

| Date of Incident: 10-31-18 | Time of Incident (HHMM): 04:30 pm | Date First Reported: 10-31-18 |
|---|---|---|
| Detailed Location Where Incident Occurred: top deck | | Onboard: ☒   Ashore: ☐ |
| First Reported to Name: Medical facilty | | Date (MMDDYYYY): 10/31/18  Time (HHMM): 4:30 pm |
| Date Medical Facility Visited (MMDDYYYY): 10-31-18 | | Time Medical Facility Visited (HHMM): 4:30pm |
| If Not Reported Immediately, Please Explain Why: | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Greg Darfus | 740 215 5570 |
| Tiffany Darfus | 740 974 5478 |
| Derrick Darfus | 740 503 -9217 |

Page 1 of 2
Revision Date: July 2017

GR001455

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

### Describe In <u>Detail</u> How the Incident Happened

He was walk on top deck behind mom and dad and slipped and
fell and hit his head on a lounge chair

### What do you believe caused this incident?

Slippery floor

### What could you (or anyone else) have done to avoid this incident?

Really Nothing. Just an accident

**I certify that the above statement is true and correct.**

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| *[signature]* | 10-31-18 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |
| Jesse Darfus | 8665 |

Page 2 of 2
Revision Date: July 2017

GR001456



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Liberty of Seas_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Darfus | First Name: Jesse |
|---|---|
| **Booking Number:** | **Folio Number:** |

**Home Address:** 936 Rainbow Dr NE

| City: Lancaster | Country: United States |
|---|---|
| **Phone Number:** 740 503 9217 | **Cabin Number:** 8605 |
| **Nationality:** American | **Date of Birth (MMDDYYYY):** 11/17/2015 |

| Gender: ☒ Male ☐ Female | Height: 33" | Weight: 26 | Marital Status: Single |
|---|---|---|---|

**Email:** derkdarfus @ gmail.com

**Name of Person Traveling With:** Derrick Darfus (Father)

| Date of Incident: 10-31-18 | Time of Incident (HHMM): 04:30 pm | Date First Reported: 10-31-18 |
|---|---|---|

**Detailed Location Where Incident Occurred:** top deck

Onboard: ☒   Ashore: ☐

| First Reported to Name: Medical facility | Date (MMDDYYYY): 10/31/58 Time (HHMM): 4:30 pm |
|---|---|
| Date Medical Facility Visited (MMDDYYYY): 10-31-18 | Time Medical Facility Visited (HHMM): 4:30 pm |

**If Not Reported Immediately, Please Explain Why:**

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Greg Darfus | Contact Information: 740 215 5570 |
|---|---|
| Name: Tiffany Darfus | Contact Information: 740 503 974 5478 |
| Name: Derrick Darfus | Contact Information: 740 503 -9217 |

Page 1 of 2
Revision Date: July 2017

GR001457



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

He was walk on top deck behind mom and dad and slipped and fell and hit his head on a lounge chair

## What do you believe caused this incident?

Slippery floor

## What could you (or anyone else) have done to avoid this incident?

Really Nothing. Just an accident

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| | 10-31-18 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |
| Jesse Darfus | 8665 |

Page 2 of 2
Revision Date: July 2017

GR001458

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Raspidy of Seas_

_The following is to be filled by the guest in his or her handwriting_

| Last Name: Dominicec | First Name: David |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: 99 Stump Rd | |
| City: Skaneateles Ny | Country: USA |
| Phone Number: (315) 720-2777 | Cabin Number: 7020 |
| Nationality: White | Date of Birth (MMDDYYYY): 3/8/2008 |
| Gender: ☒ Male  ☐ Female   Height: 5'0   Weight: 110 | Marital Status: |
| Email: JTKDDominick@Gmail.com | |
| Name of Person Traveling With: Dave & Tracy Dominick | |

| Date of Incident: 2/22/2019   Time of Incident (HHMM): 7:30 pm | Date First Reported: 2/22/19 |
|---|---|
| Detailed Location Where Incident Occurred: Deck 9 Pool/food area | Onboard: ☒   Ashore: ☐ |
| First Reported to Name: Lydia | Date (MMDDYYYY): 2/22/19   Time (HHMM): 10:09 |
| Date Medical Facility Visited (MMDDYYYY): 2/22/19 | Time Medical Facility Visited (HHMM): 10:09 |
| If Not Reported Immediately, Please Explain Why: | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: NO | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001459



**FORM # 1 (GUEST)**

**ROYAL CARIBBEAN CRUISES LTD.**

### Describe In Detail How the Incident Happened

Slipped on water and leg hurting/scraped up

### What do you believe caused this incident?

Slippery Surface

### What could you (or anyone else) have done to avoid this incident?

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| | 2/22/19 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |
| Tracy Dominick | 7020 |

Page 2 of 2
Revision Date: July 2017

GR001460

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

Ship Name: _Enchantment of the seas_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Elder | First Name: Deeann |
|---|---|
| Booking Number: | Folio Number: |

| Home Address: 2517 S. Townsend St | |
|---|---|
| City: Santa Ana | Country: USA |
| Phone Number: 949 302 1130 | Cabin Number: 7604 |
| Nationality: American | Date of Birth (MMDDYYYY): 12/18/1954 |

| Gender: ☐ Male  ☒ Female | Height: 5' | Weight: 7 1/2" | Marital Status: m |
|---|---|---|---|

| Email: lifeplanning4you@yahoo.com |
|---|
| Name of Person Traveling With: Molly Logsdon, Gale Wong |

| Date of Incident: 10-17-18 | Time of Incident (HHMM): 3:45 | Date First Reported: 10-17-18 |
|---|---|---|

| Detailed Location Where Incident Occurred: by Pool  Starboard side Windjammer | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: medical | Date (MMDDYYYY): 10/17/2018  Time (HHMM): 4:45 |
| Date Medical Facility Visited (MMDDYYYY): 10-18-2018 | Time Medical Facility Visited (HHMM): 4:45 |

| If Not Reported Immediately, Please Explain Why: Thought I was fine then in about hour, wrist started swelling |
|---|

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Molly Logsdon - G | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date:  July 2017

GR001461



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

Slipped on water fell onto back, put down left wrist to stop fall

## What do you believe caused this incident?

Water

## What could you (or anyone else) have done to avoid this incident?

### I certify that the above statement is true and correct.

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| Deeann Elder | 10/17/2018 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

GR001462

272427

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

*Ship Name:*_____

*The following is to be filled by the guest in his or her handwriting*

| | |
|---|---|
| **Last Name:** Ellerbe | **First Name:** Beverly |
| **Booking Number:** | **Folio Number:** |
| **Home Address:** 1733 N. Smallwood Street | |
| **City:** Baltimore | **Country:** Maryland |
| **Phone Number:** 667-231-8982 | **Cabin Number:** 3656 |
| **Nationality:** | **Date of Birth (MMDDYYYY):** 8/31/1963 |

| Gender: ☐ Male ☑ Female | Height: 5ft | Weight: 165 | Marital Status: Single |
|---|---|---|---|

**Email:** Grandbev2@gmail.com

**Name of Person Traveling With:** Keivn Morgan

| **Date of Incident:** 9/17/17 | **Time of Incident (HHMM):** 21:58 30 | **Date First Reported:** 9/17/17 |
|---|---|---|

| **Detailed Location Where Incident Occurred:** 9 Deck | **Onboard:** ☑  **Ashore:** ☐ |
|---|---|
| **First Reported to Name:** Secuity | **Date (MMDDYYYY):** **Time (HHMM):** |
| **Date Medical Facility Visited (MMDDYYYY):** 9/17/17 | **Time Medical Facility Visited (HHMM):** 21:40 |

**If Not Reported Immediately, Please Explain Why:**

**List all Witnesses (Indicate whether Guest or Crew)**

| **Name:** Kimmada B | **Contact Information:** |
|---|---|
| **Name:** | **Contact Information:** |
| **Name:** | **Contact Information:** |

Page 1 of 2
Revision Date: July 2017

GR001463



**FORM # 1 (GUEST)**       ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

Going to the pool wet and slipper the Deck
Next I was on floor on my back

Going to the pool the Deck was wet And slipper
And I slipper on Deck

## What do you believe caused this incident?

Wet Deck Rush Sea

## What could you (or anyone else) have done to avoid this incident?

I don't know

*I certify that the above statement is true and correct.*

| Guest Signature: *Beverly Blake* | Date (MMDDYYYY): 9/17/17 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

GR001464

INC# 292843
Br. And Pelgw
Chortal RN

**FORM # 1 (GUEST)**

♔
ROYAL CARIBBEAN CRUISES LTD.

**GUEST INJURY STATEMENT**

Ship Name: _Grandeur_

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Ernst | First Name: Deborah |
|---|---|
| Booking Number: | Folio Number: |
| Home Address: 19 Monticello Drive | |
| City: Bear, Delaware | Country: USA |
| Phone Number: 302-983-9272 (cell) | Cabin Number: 8015 |
| Nationality: American | Date of Birth (MMDDYYYY): 07-29-1958 |
| Gender: ☐ Male  ☑ Female | Height: 5'4"  | Weight: 85 | Marital Status: M |
| Email: Contigirl99@yahoo.com | |
| Name of Person Traveling With: Edward W. Ernst, Sr. | |

| Date of Incident: 5-31-2018 | Time of Incident (HHMM): 1:15 | Date First Reported: 5-31-2018 |
|---|---|---|
| Detailed Location Where Incident Occurred: Pool area, under canopy, corner padded booth by pool, outside windjammer | Onboard: ☑   Ashore: ☐ | |
| First Reported to Name: medical Facility | Date (MMDDYYYY): 5-31-2018  Time (HHMM): 2:00 |
| Date Medical Facility Visited (MMDDYYYY): 5-31-2016 | Time Medical Facility Visited (HHMM): 2:00 |
| If Not Reported Immediately, Please Explain Why: Family located my husband, Then we went to medical facility. Someone in Guest Services called medical, and they arrived promptly. | |

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: Robin Thompson | Contact Information: Cabin 8523 |
|---|---|
| Name: Steve Thompson | Contact Information: " 8523 |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001465



**FORM # 1 (GUEST)**          ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

Walked from Park Cafe looking for seat.
Finally found one by Windjammer, ice cream machine
side, in a corner by pool. It was a padded
bench seat. I didn't see there was a puddle
of water that had accumulated under table and
booth in a puddle. I slid and fell. A worker
came to help me up. Family was with me.
We moved further down, same side, to
padded bench by ice cream machine. One
member got a bag of ice from pool bar,
the located my husband, I sat with ice
for approx. 15 min. until my husband
came to take me to medical facility.

**What do you believe caused this incident?**

The water puddle, which can't be seen,
under padded bench and table.

**What could you (or anyone else) have done to avoid this incident?**

No

**I certify that the above statement is true and correct.**

| Guest Signature: *Debbie Ernst* | Date (MMDDYYYY): 5-31-2018 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 8015 |

Page 2 of 2
Revision Date:  July 2017

GR001466

**FORM # 1 (GUEST)**



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

*Ship Name:*_____

*The following is to be filled by the guest in his or her handwriting*

| Last Name: Falkner | First Name: Clay |
|---|---|
| Booking Number: 1613 6319 | Folio Number: |
| Home Address: 1891 Felts Pkwy | |
| City: Fort Mill   SC | Country: USA |
| Phone Number: 650-399-5576 | Cabin Number: 7082 |
| Nationality: USA | Date of Birth (MMDDYYYY): 10 26 1937 |

| Gender: ☑ Male  ☐ Female | Height: 6'3' | Weight: 260 | Marital Status: M |
|---|---|---|---|

| Email: Cfalkner@pacbell.net |
|---|
| Name of Person Traveling With: Carol Falkner |

| Date of Incident: 6-28-2019 | Time of Incident (HHMM): 6:00 PM | Date First Reported: 6-29-2019 |
|---|---|---|

| Detailed Location Where Incident Occurred: Deck 9 | Onboard: ☑   Ashore: ☐ |
|---|---|
| First Reported to Name: Kim | Date (MMDDYYYY): Time (HHMM): 6:15 PM |
| Date Medical Facility Visited (MMDDYYYY): 6-28-2019 | Time Medical Facility Visited (HHMM): 6:15 PM |

If Not Reported Immediately, Please Explain Why:

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

GR001467



**FORM # 1 (GUEST)**          ROYAL CARIBBEAN CRUISES LTD.

### Describe In Detail How the Incident Happened

> I tripped on leg of deck chair and fell on the deck. My left arm scraped on the deck. Otherwise no injury

### What do you believe caused this incident?

> My not watching where I was stepping

### What could you (or anyone else) have done to avoid this incident?

> Pay attention when walking

*I certify that the above statement is true and correct.*

| Guest Signature: *Clay Falberg* | Date (MMDDYYYY): 6-28-2019 |
| --- | --- |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 1082 |

Page 2 of 2
Revision Date: July 2017

GR001468

**FORM # 1 (GUEST)**



**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

*Ship Name:* RHAPSODY OF THE SEAS

*The following is to be filled by the guest in his or her handwriting*

| Last Name: FARADAY | First Name: JACQUELINE |
|---|---|
| Booking Number: | Folio Number: |

**Home Address:** 11 LIMETREE CLOSE WALTON PARK ESTATE

| City: LIVERPOOL | Country: MERSEYSIDE. |
|---|---|
| Phone Number: 0151 525 0098 | Cabin Number: 2019 |
| Nationality: BRITISH | Date of Birth (MMDDYYYY): 04 / 02 / 1964 |

| Gender: ☐ Male ☑ Female | Height: 5.3 ½ FT | Weight: 9 ST 12 | Marital Status: MARRIED |
|---|---|---|---|

**Email:**

**Name of Person Traveling With:** MARK FARADAY

| Date of Incident: 14/9/19 | Time of Incident (HHMM): 14.30 | Date First Reported: 14/9/19 |
|---|---|---|

| Detailed Location Where Incident Occurred: POOLSIDE | Onboard: ☑  Ashore: ☐ |
|---|---|
| First Reported to Name: Lifeguards | Date (MMDDYYYY): 09/14/19 Time (HHMM): |
| Date Medical Facility Visited (MMDDYYYY): 14/9/19 | Time Medical Facility Visited (HHMM): 14.45 HRS |

**If Not Reported Immediately, Please Explain Why:**

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: NOT KNOWN. | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001469



**FORM # 1 (GUEST)**

**ROYAL CARIBBEAN CRUISES LTD.**

## Describe In <u>Detail</u> How the Incident Happened

WALKING THROUGH POOLSIDE, BECAUSE of SUN I DIDNT SEE SOME WATER, NEXT THING I KNOW, I WAS ON THE FLOOR AND BLEEDING FROM MY RIGHT EYEBROW,

## What do you believe caused this incident?

SUN / WATER ON FLOOR.

## What could you (or anyone else) have done to avoid this incident?

NOTHING

*I certify that the above statement is true and correct.*

| Guest Signature: | Date (MMDDYYYY): |
|---|---|
| *[signature]* | 14/9/2019 |
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date:  July 2017

GR001470

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: _Rhapsody of Seas_

*The following is to be filled by the guest in his or her handwriting*

| | |
|---|---|
| Last Name: Faundez | First Name: Gioconda |
| Booking Number: | Folio Number: |

Home Address: 6232 Evansbrook Dr.

| | |
|---|---|
| City: Zephyrhills | Country: USA |
| Phone Number: 973-494-6110 | Cabin Number: 4510 |
| Nationality: USA | Date of Birth (MMDDYYYY): 06-09-1954 |

| | | | |
|---|---|---|---|
| Gender: ☐ Male ☑ Female | Height: 5.1 | Weight: 155 lbs. | Marital Status: Married |

Email: giocachula@yahoo.com

Name of Person Traveling With: Mario J. Faundez

| | | |
|---|---|---|
| Date of Incident: 4-3-2019 | Time of Incident (HHMM): 18:30 | Date First Reported: 4-3-2019 |

| | |
|---|---|
| Detailed Location Where Incident Occurred: Outside Pool Area | Onboard: ☑   Ashore: ☐ |
| First Reported to Name: | Date (MMDDYYYY): 4-3-2019 <br> Time (HHMM): |
| Date Medical Facility Visited (MMDDYYYY): 4-3-2019 | Time Medical Facility Visited (HHMM): 18:40 |

If Not Reported Immediately, Please Explain Why:

## List all Witnesses (Indicate whether Guest or Crew)

| Name: | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001471



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

**Describe In <u>Detail</u> How the Incident Happened**

on my way to my room - through the pool
Deck. I felt There was a wet floor - by
the edge of chairs. and I felt on my R.
knee.

**What do you believe caused this incident?**

Wet floor

**What could you (or anyone else) have done to avoid this incident?**

Not Sure.

**I certify that the above statement is true and correct.**

| Guest Signature: | Date (MMDDYYYY): 4-3-19. |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 4510 |

GR001472

*Dr. Roxanne Fredericks*

*# 293806*

**FORM # 1 (GUEST)**

♔
ROYAL CARIBBEAN CRUISES LTD.

## GUEST INJURY STATEMENT

Ship Name: *Vision of the Sea Voy. 064*

*The following is to be filled by the guest in his or her handwriting*

| Last Name: *Ferreira* | First Name: *Nuno* |
|---|---|
| Booking Number: *609 18 02* | Folio Number: *896 54468* |
| Home Address: *Avenida das Laranjeiras nº 7* | |
| City: *Rio de Mouro* | Country: *Portugal* |
| Phone Number: *+351 913554993* | Cabin Number: *3092* |
| Nationality: *Portugal* | Date of Birth (MMDDYYYY): *07/17/1978* |

| Gender: ☒ Male ☐ Female | Height: *1,90 m* | Weight: *107 kg* | Marital Status: *Single* |
|---|---|---|---|

| Email: *nunofmf@gmail.com* |
|---|
| Name of Person Traveling With: *Lidia Raimundo* |

| Date of Incident: *2018/06/12* | Time of Incident (HHMM): *18:30* | Date First Reported: *2018/06/13* |
|---|---|---|

| Detailed Location Where Incident Occurred: *Pool Area* | Onboard: ☒   Ashore: ☐ |
|---|---|
| First Reported to Name: *Medical Nurse* | Date (MMDDYYYY): *06/13/2018*  Time (HHMM): *10:00* |
| Date Medical Facility Visited (MMDDYYYY): *06/13/2018* | Time Medical Facility Visited (HHMM): *10:00* |

If Not Reported Immediately, Please Explain Why: *Was able to walk and didn't hurt very much.*

**List all Witnesses (Indicate whether Guest or Crew)**

| Name: *Lidia Raimundo* | Contact Information: |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001473



**FORM # 1 (GUEST)**

ROYAL CARIBBEAN CRUISES LTD.

### Describe In <u>Detail</u> How the Incident Happened

I was walking by the pool and slipped on the wet floor.
I injured my left foot.

### What do you believe caused this incident?

Wet floor.

### What could you (or anyone else) have done to avoid this incident?

Don't know.

### I certify that the above statement is true and correct.

| Guest Signature: Nuno Filipe Marques Ferreira | Date (MMDDYYYY): 06/13/2018 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: 3092 |

Page 2 of 2
Revision Date: July 2017

GR001474

*ℛ. Popov*

**FORM # 1 (GUEST)**

**ROYAL CARIBBEAN CRUISES LTD.**

## GUEST INJURY STATEMENT

*Ship Name:* ENCHANTMENT OF THE SEAS

*The following is to be filled by the guest in his or her handwriting*

| Last Name: FERRO | First Name: GIANNA |
|---|---|
| Booking Number: | Folio Number: 16563732 |
| Home Address: HILARIO ASCASUBI 5357 | |
| City: BUENOS AIRES | Country: ARGENTINA |
| Phone Number: 4724 0285 | Cabin Number: 2581 |
| Nationality: ARGENTINA | Date of Birth (MMDDYYYY): 09/25/2002 |

| Gender: ☐ Male ☑ Female | Height: 165 cm. | Weight: 50 KG. | Marital Status: SINGLE |
|---|---|---|---|

Email: GIANNA.SOL@HOTMAIL.COM.AR

Name of Person Traveling With:
MOTHER, FATHER, SISTER, BROTHER.

| Date of Incident: 03/02/2018 | Time of Incident (HHMM): 21:30 | Date First Reported: 03/02/2018. |
|---|---|---|

| Detailed Location Where Incident Occurred: POOL AREA | Onboard: ☑ Ashore: ☐ |
|---|---|
| First Reported to Name: NURSE.ROSEFEL | Date (MMDDYYYY): 02/03/2018 Time (HHMM): 21:50 |
| Date Medical Facility Visited (MMDDYYYY): 02/03/2018. | Time Medical Facility Visited (HHMM): 21:50. |

If Not Reported Immediately, Please Explain Why:

### List all Witnesses (Indicate whether Guest or Crew)

| Name: MARIA DEL CARMEN MANSO | Contact Information: 1599482595 |
|---|---|
| Name: | Contact Information: |
| Name: | Contact Information: |

Page 1 of 2
Revision Date: July 2017

GR001475

FORM # 1 (GUEST)



ROYAL CARIBBEAN CRUISES LTD.

## Describe In <u>Detail</u> How the Incident Happened

I WAS WALKING AROUND OF THE POOL AND THEN I FELL.

## What do you believe caused this incident?

I WAS RUNNING AND I DIDN'T STOP ON TIME WHEN I SAW THE WATER ON THE FLOOR.

## What could you (or anyone else) have done to avoid this incident?

NO.

*I certify that the above statement is true and correct.*

| Guest Signature: HARIA DEL CARMEN MANSO | Date (MMDDYYYY): 03 / 02 / 2018 |
|---|---|
| If Injured Person Is Unable Sign, Please Print Name of Person Completing Form: | Cabin Number: |

Page 2 of 2
Revision Date: July 2017

GR001476